**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

THETHESIUS HOSEA MOSLEY,

Plaintiff,

v.

SINGH, *et al.*,

Defendants.

No. 1:26-cv-00670 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM

(Doc. 11)

Thethesius Hosea Mosley asserts that he suffered violations of his Eighth Amendment rights while housed at Kern Valley State Prison. (*See generally* Doc. 9.) The assigned magistrate judge screened the first amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim for deliberate indifference to medical care. (Doc. 11 at 2-7.) The magistrate judge also found that further leave to amend was not warranted because Plaintiff failed to cure deficiencies identified by the Court, "[d]espite being provided with the relevant pleading and legal standards." (*Id.* at 7.) Therefore, the magistrate judge recommended that the Court dismiss the action for failure to state a cognizable claim. (*Id.* at 8.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due in 14 days. (Doc. 11 at 8.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834 838-

39 (9th Cir 2014).) Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS:**

1. The Findings and Recommendations issued on July 16, 2026 (Doc. 11) are **ADOPTED** in full.
2. This action is **DISMISSED** for failure to state a cognizable claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 16, 2026

UNITED STATES DISTRICT JUDGE