**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

THETHESIUS HOSEA MOSLEY,

Plaintiff,

v.

I. SINGH, et al.,

Defendants.

Case No. 1:26-cv-00670 JLT BAM

ORDER DISREGARDING PLAINTIFF'S UNTIMELY OBJECTIONS

(Doc. 14)

On July 16, 2026, the magistrate judge issued Findings and Recommendations, recommending the Court dismiss the amended complaint without leave to amend for failure to state a cognizable claim. (Doc. 11.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id.* at 8.) The Court also advised Plaintiff the failure to file timely objections may result in the waiver of rights. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)

On August 16, 2026, the Court performed a *de novo* review of the matter, dismissed the petition, and entered judgment. (Docs. 12, 13.) After the Court entered judgment—31 days after the date of service of the Findings and Recommendations—the Court received objections with a proof of service dated August 9, 2026. (Doc. 14 at 11.) Even assuming the objections were submitted to the prison mailing system the same date, the filing is untimely as the objections were dated beyond the deadline ordered by the Court. Plaintiff did not seek an extension of time to file

objections, and he does not explain the delay in any manner. (*See generally* Doc. 12.) For this reason, the untimely objections shall be disregarded.[1] *See, e.g., Branch v. Yates*, 2011 WL 443639, at *1 (E.D. Cal. Feb. 3, 2011) (disregarding objections as untimely when filed beyond the objection period). Thus, the Court **ORDERS**:

1. Plaintiff's untimely objections to the Findings and Recommendations are **DISREGARDED**.
2. The action **SHALL** remain closed.

IT IS SO ORDERED.

Dated: _August 18, 2026_

UNITED STATES DISTRICT JUDGE

[1] Nevertheless, the Court reviewed the objections, and Plaintiff does not identify allegations in his amended complaint that support a conclusion he stated a cognizable claim. Towards that end, Plaintiff's untimely objections are also unavailing.